IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Cogan House Township     :
    :
    v.     :   No. 1899 C.D. 2017
    :
David Lenhart and     :
Dianne Lenhart,     :
    Appellants     :

# **O R D E R**

NOW, January 8, 2019, having considered appellee's application for reargument and appellants' answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge